JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| In re: CAPITAL GOLD GROUP, INC., <br><br>　　　　Debtor. <br><br>─────────────────────── <br><br>JONATHAN ROSE and SINIVA WALKER, <br><br>　　　Appellants, <br><br>　　v. <br><br>CAROL RACKLEY, <br><br>　　　Appellee. | Case No. 2:22-cv-08549-ODW <br><br>**ORDER OF DISMISSAL** <br><br>Bankruptcy Case No. 1:19-bk-10501-MT |

The Court, having considered the parties' Stipulation to Dismiss Appeal Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, hereby dismisses the above-entitled appeal. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 26, 2023

_____
            **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**